No. 705. UNITED STATES RAILWAY ADMINISTRATION ET AL. *v.* FANNIE SLATINKA, ADMINISTRATRIX, ETC. January 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied because the case abates for failure to substitute successor of petitioner

within one year after petitioner vacated office. *Mr. Thomas P. Littlepage* and *Mr. J. G. Gamble* for petitioners. *Mr. William Chamberlain* for respondent.